**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1199**

_____

AHMIELLEAH A.D.P. YEUNG,

Plaintiff - Appellant,

versus

LOUDOUN COUNTY PUBLIC SCHOOLS; WAYNE GRIFFITH,
Principal, Potomac Falls High School,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-02-775-A)

_____

Submitted:  August 27, 2003      Decided:  September 10, 2003

_____

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael A. Wasylik, THE LAW OFFICE OF MICHAEL ALEX WASYLIK, McLean,
Virginia, for Appellant.  John D. McGavin, Michael J. Carita,
TRICHILO, BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C., Fairfax,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahmielleah A.D.P. Yeung appeals the district court's order dismissing her civil action alleging a violation of the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Yeung v. Loudoun County Pub. Sch.</u>, No. CA-02-775-A (E.D. Va. filed Jan. 17, 2003 & entered Jan. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>